ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                   )
                                               )
United Capital Investments Group               )   ASBCA Nos. 63990, 64114
                                               )
Under Contract No. SPE605-24-D-9406            )

APPEARANCES FOR THE APPELLANT:       Aron C. Beezley, Esq.
                                     Nathaniel J. Greeson, Esq.
                                       Bradley Arant Boult Cummings LLP
                                       Washington, DC

                                     Owen E. Salyers, Esq.
                                       Bradley Arant Boult Cummings LLP
                                       Charlotte, NC

                                     Gabrielle A. Sprio, Esq.
                                       Bradley Arant Boult Cummings LLP
                                       Nashville, TN

                                     Steven C. Herrera, Esq.
                                       Bradley Arant Boult Cummings LLP
                                       Houston, TX

APPEARANCES FOR THE GOVERNMENT:      Steven M. Sosko, Esq.
                                       DLA Chief Trial Attorney
                                     Kelsey Brown, Esq.
                                     Brian V. Beirne, Esq.
                                     Steven M. Sosko, Esq.
                                     Deanna Y. Everett, Esq.
                                       Trial Attorneys
                                       DLA Energy
                                       Fort Belvoir, VA

ORDER OF DISMISSAL

By Notice of Dismissal dated April 28, 2026, appellant requested that these appeals be dismissed without prejudice.

The government consents to this request. Accordingly, the appeals have been withdrawn and they are dismissed from the Board's docket without prejudice.

Dated: April 30, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63990, 64114, Appeals of United Capital Investments Group, rendered in conformance with the Board's Charter.

Dated: April 30, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals